**SO ORDERED.**

**SIGNED this 09 day of August, 2007.**



_____
**MARGARET CANGILOS-RUIZ
UNITED STATES BANKRUPTCY JUDGE**

_____

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF NEW YORK<br>_____ | CHAPTER 13 PROCEEDING |
| IN RE: **MICHAEL J. DEFOSSE,** | **CONDITIONAL ORDER OF<br>DISMISSAL** |
| Debtor.<br>_____ | Case No. **06-32448** |

   A motion to dismiss this proceeding under 11 U.S.C §1307(c), having been brought by the Trustee, Mark W. Swimelar, and the matter having been scheduled for July 31, 2007, and Lynn Harper Wilson, Esq. having appeared on behalf of the Trustee and Michelle C. Marans, Esq. having appeared on behalf of the debtor, and the Court having reviewed all of the pleadings and proceedings theretofore had herein and due deliberation having been made thereon, it is accordingly

   **ORDERED,** that an exparte order dismissing the case will be submitted unless the Trustee receives payment in the amount of **$12,752.46** (which represents plan payments due through September 2007) **in the form of a money order or bank check** on or before **September 30, 2007.**

###